# 11 CIV. 0639

UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK

Darryl Williams
_____
_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

City of New York
Police Officer- Kevin Lynch Shield # 26904
John Doe - Dective
John Doe - Dective
_____
_____
_____
_____
_____

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

**COMPLAINT**

Jury Trial:  ☒ Yes   ☐ No
(check one)

## I. Parties in this complaint:

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name Darryl Williams  241 10 00616
Street Address GrVc. 09-09 Hazen ST Rikers Island
County, City East Elmhurst
State & Zip Code New York  11370
Telephone Number N/A

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

RECEIVED
PRO SE OFFICE

Defendant No. 1    Name **City Of New York**
                   Street Address **100 Church ST**
                   County, City **New York**
                   State & Zip Code **New York 10017**
                   Telephone Number **N/A**

Defendant No. 2    Name **John Doe - Dective**
                   Street Address **450 Cross Bronx Expwy**
                   County, City **Bronx**
                   State & Zip Code **New York 10457**
                   Telephone Number **718 299 3900**

Defendant No. 3    Name **John Doe - Dective**
                   Street Address **450 Cross Bronx Expwy**
                   County, City **Bronx**
                   State & Zip Code **New York 10457**
                   Telephone Number **718 299 3900**

Defendant No. 4    Name **Police Officer - Kevin Lynch Shield# 26904**
                   Street Address **450 Cross Bronx Expwy**
                   County, City **Bronx**
                   State & Zip Code **New York 10457**
                   Telephone Number **718 299 3900**

II.  **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*

    ☑ Federal Questions            ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **Violation of my Constitutional right to be safe against Cruel and inhumane treatment, assault and physical and mental anguish.**

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

    Plaintiff(s) state(s) of citizenship    **New York**
    Defendant(s) state(s) of citizenship    **New York**

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? Inside of The 48 PCT.

B. What date and approximate time did the events giving rise to your claim(s) occur? Jan 13, 2010

C. Facts: On the day of Jan 13, 2010 Inside of the 48 PCT I was asked question about my current case and when I didnt comply I was Punched and Kicked in the face and Rib area Repeatly The person who did such Assault to me was police officer Kevin Lynch #26904 & 2 Dectives after the assault I was put into a holding cell then I was escorted to Robbery detectives and was questioned somemore about unrelated cases when I didnt know or give answers that they wanted I was left in a Room with no shoes a tank top and pants with the Air Conditioner on.

[What happened to you?]
[Who did what?]
[Was anyone else involved?]
[Who else saw what happened?]

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. minor lacerations on the Top and Bottom of my Right eye. I also Recieved Black and Blue marks to the mention area, Blood shot eye Ball I Recieved Ice Packs for the swelling and Asprins for the Pain.

**V.   Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I seek mental compensation for physical abuse, mental anguish cruel and inhuman treatment in the amount of 250,000

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15 day of Jan , 20 11 .

Signature of Plaintiff [signature]

Mailing Address   GRVC  241/000616
09-09 Hazen St
East Elmhurst NY

Telephone Number   11370

Fax Number (if you have one) _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this 15 day of Jan , 20 11 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: [signature]

**...TMENT OF PRISONER**
...ev. 12-99)-Pent-P...

Date: 1/12/10

COMPLETED BY N.Y...

Name (Last, First, M.I.) (Print): WILLIAMS, DARRYL
Age: 20  Sex: M

Address: 333 E 181 ST
Zip Code: 10457  Apt: 12L
Telephone No.:

Arresting Officer:
Rank (Print): PO  Name: LYNCH
Shield No.:  Tax Reg. No.: 897912  Command: 048

Arrest No.: B10603321  Cmd. Of Arrest: 048  Charge: 160.15, 265.02

Escort Officer:
Rank (Print): PO  Name: TILLSTRAND
Shield No.: 1255  Tax Reg. No.: 942614  Command: 048

Prisoner Requests/Requires Medical Aid: ☐ Yes ☒ No
Prisoner Refused Medical Aid: ☒ Yes ☐ No

Remarks: BRUISE ON FACE

E. Shulman MD FACP
Attending Physician
Dept. of Medicine

PRE-ARRAIGNMENT SCREENING UNIT
2010 JAN 12 PD 8:55

E.M.S. Court Section: Sanchez, Jesus  Shield #: 5644  Date: 1/11/10
Refer To Hospital Emergency Room: ☐ Yes ☒ No

DISTRIBUTION: 1. WHITE, 2. BLUE, 3. PINK — DEPT. OF CORRECTION, 4. BUFF — CMD. OF ARREST, 5. GREEN — ARRAIGNING JUDGE.
(Receipt will be obtained by Escorting Officer on PINK COPY and returned to COURT SECTION facility. Upon receipt of PINK COPY, COURT SECTION Supervisor will remove BUFF COPY from FILE and forward it to COMMAND OF ARREST FOR FILE.)

NOTE: A PHOTO COPY OF THIS FORM MAY BE PROVIDED UPON REQUEST TO HEALTH AND HOSPITALS CORPORATION (HHC) PERSONNEL.

CHS 33 (REV. 6/04)

# NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

INSTITUTION: VCBC

```
333 E 181 ST              12L
BX, NY 10457
22-JAN-89  B N M  5'7"   170 BRO BLK
NY C
CHERRY, TANYA                         MO
333 E 181 ST 12L, BX, NY
2411000616 00591185P 14-JAN-10
```

PHYSICIANS' CLINIC NOTES:    WILLIAMS, DARRYL  00000000

| DATE | |
|---|---|
| 0350 1/14/10 | New adm - Allergic - Soap. S/O Pt denies h/o any mental or chronic medical illness. Bruise noted underneath Rt eye - received 1/12/10. No tx received. No c/o. A/P A+O x 3 No other s/sx of trauma. B/p 120/60 P 66 R 14 T 98°. Declined HBV/Flu Vaccine. PPD implanted to be read in 48-72 hrs. [signature] |